IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| LAWRENCE CHRISTOPHER REDDING, | ) | |
| | ) | Civil No. 03:10-998-PK |
| Plaintiff(s), | ) | |
| | ) | **54(b) JUDGMENT AS TO** |
| v. | ) | **DEFENDANT SANDY GARDNER** |
| | ) | **(ONLY)** |
| DR. J. DHALIWA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED AND ADJUDGED that Defendant Sandy Gardner is DISMISSED from this action with prejudice. Pending motions as to this defendant, if any, are DENIED AS MOOT.

Dated this  22  day of December, 2011.

by _____
Marco A. Hernandez
United States District Judge