IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LAWRENCE CHRISTOPHER REDDING,

        Plaintiff,                         No. 03:10-CV-00998-PK

     v.

J. DHALIWAL, et al.,

        Defendants.                     ORDER

HERNANDEZ, District Judge:

     Magistrate Judge Papak issued a Findings & Recommendation (#195) on November 21, 2012, in which he recommends the Court deny plaintiff's motion for summary judgment and deny plaintiff's construction motion for reconsideration.

     Plaintiff has timely filed objections[1] to the Findings & Recommendation. The matter is

---

[1] In addition to objections filed on December 12, 2012 (#200), plaintiff also filed a "Motion for Clarification" on that same date (#201). Magistrate Judge Papak construed that motion as an additional objection and referred it to me to consider, which I have done. See Dec. 13, 2012 Order (#204).

1 - ORDER

now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [#195], and therefore, plaintiff's motion for summary judgment [#161] is denied, plaintiff's motion for reconsideration [#183] is denied, and plaintiff's motion for clarification [#201] is denied.

IT IS SO ORDERED.

DATED this 2 day of Jan, 2013.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER